STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    415.436.7700
Facsimile:     415.436.7706
Email: candis_mitchell@fd.org

Counsel for Defendant Herbert Murray

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>v.<br><br>Herbert Murray,<br><br>             Defendant. | Case Number: CR 13-00723 WHO<br><br>**Order Continuing Sentencing Date** |

For the reasons stated, the Court continues the sentencing hearing date from February 6, 2014, to March 20, 2014.

IT IS SO ORDERED.

DATED: January 3, 2014

_____
WILLIAM H. ORRICK
United States District Judge

Order
CR 13-00723 WHO                                   1