STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:      415.436.7706
candis_mitchell@fd.org

Counsel for Defendant Herbert Murray

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,**  Plaintiff,  v.  **Herbert Murray,**  Defendant. | Case Number: 13-cr-00723-WHO  **Joint Stipulation Continuing Sentencing Hearing Date**  Date:  March 20, 2014  Time:  1:30 p.m. |

Defendant Herbert Murray is currently set for sentencing on March 20, 2014. While in custody, Mr. Murray was informed he was possibly the biological father of a child that had been abandoned by its mother. He is currently working with Family and Children Services and a social worker to determine whether he is the father to the child and, if so, make arrangements for the child's care and custody. Accordingly, counsel requests a continuance of the sentencing hearing from March 20, 2014, to May 22, 2014.

The probation officer has been informed of the requested continuance and has no objection.

Joint Stip. To Continue Sentencing and Order
13-cr-00723-WHO                        1

SO STIPULATED.

Dated:  March 17, 2014            /s/ Kathryn Haun
                                  KATHRYN HAUN
                                  Assistant United States Attorney


Dated:  March 17, 2014             /s/ Candis Mitchell
                                  CANDIS MITCHELL
                                  Attorney for Defendant Herbert Murray

## ORDER

For the reasons stated, the Court continues the sentencing hearing date from March 20, 2014, to May 22, 2014.

SO ORDERED.

DATED: March 18, 2014            _____
                                  The Honorable William H. Orrick
                                  United States District Judge

Joint Stip. To Continue Sentencing and Order
13-cr-00723-WHO                    2